IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| MICHAEL RAY STRINGER | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-13-1053-HE |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the Social,<br>Security Administration | ) | |
| Defendant. | ) | |

### ORDER

Plaintiff Michael Ray Stringer filed this action appealing the final decision of the Commissioner of the Social Security Administration denying his application for supplemental security income. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Charles B. Goodwin, who recommends that the Commissioner's decision be affirmed. Having failed to object to the Report and Recommendation, the parties have waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). Accordingly, the court adopts the Report and Recommendation and **AFFIRMS** the final decision of the Commissioner.

**IT IS SO ORDERED**.

Dated this 4th day of December, 2014.

JOE HEATON
UNITED STATES DISTRICT JUDGE